

*eBay Inc.*

*2145 Hamilton Avenue*

*San Jose, CA  95125*

## Excitement Dietetics, LLC v. John Does 1-20
### Case No.: 2:12-cv-00380-BCW

## DECLARATION OF
## THE CUSTODIAN OF RECORDS
## OF EBAY INC.

I, Rebekah Long, certify and declare that:

1.   I am over the age of 18 years and not a party to this action.

2.   My business address is 173 W. Election Road Draper, UT 84020.

3.   I am employed by eBay Inc. in the position of Paralegal.

4.   I am the duly authorized custodian of the following described business records: eBay member William Tilman (eBay User ID: "tedious_bear"). The records were prepared by eBay personnel in the ordinary course of their duties at or near the time of the events recorded.

5.   Attached hereto are records of eBay Inc., which records I hereby certify:  (a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matter; (b) were kept in the course of the regularly conducted activity of eBay Inc.; and (c) were made by the regularly conducted activity of eBay Inc. as a regular practice.

6.   A subpoena has been served upon eBay for production of said records.

7.   I have delivered the foregoing records to the subpoenaing party or the attorney for the subpoenaing party, or his or her representative.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 23, 2012

Rebekah Long
Paralegal
eBay Inc.

